**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Curtis Lyons v. Officers Connelly, Bechiva, John Doe and City of Chicago

Case Number **KC FILED**

NOV 0 2 2007
NOV 02 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Curtis Lyons

07CV6214
JUDGE HIBBLER
MAGISTRATE JUDGE VALDEZ

| NAME (Type or print) |
|---|
| Angela Lockett |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ *Angela Lockett* |

| FIRM |
|---|
| The Law Office of Standish E. Willis |

| STREET ADDRESS |
|---|
| 407 S. Dearborn, Suite 1395 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60605 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6284534 | 312.554.0005 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |
|---|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |