IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CURTIS LYONS, | ) | |
| | ) | No. 07 C 6214 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE HIBBLER |
| | ) | |
| OFFICERS CONNELLY, BECHIVA, | ) | |
| JOHN DOE, AND THE | ) | Magistrate Judge Valdez |
| CITY OF CHICAGO, A MUNICIPAL | ) | |
| CORPORATION, | ) | |
| Defendants. | ) | |

**NOTICE OF AGREED MOTION**

TO:   Angela Lockett
      Law Offices of Standish Willis
      407 S. Dearborn, Suite 1395
      Chicago, Illinois 60605

**PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT'S JOINT AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which is herewith served upon you.

**PLEASE TAKE NOTICE** that on December 12th, 2007, at 9:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable William J. Hibbler, or whomever shall be sitting in his stead, in Room 1225 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I will then and there present the attached **DEFENDANT'S JOINT AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD.**

**DATED** at Chicago, Illinois this 7th day of December, 2007.

Respectfully submitted,

/s/ *Thomas H. Freitag*
THOMAS H. FREITAG
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, IL 60602
(312) 742-7391
Atty. No. 6272245

1

**CERTIFICATE OF SERVICE**

    The undersigned attorney, being first duly sworn upon oath, deposes and states that a copy of the foregoing **NOTICE OF AGREED MOTION** and **DEFENDANT'S JOINT AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD** was served upon the above-named at the above addresses by U.S. Mail on the 7th day of December, 2007, unless the respective party has otherwise received official notice via the Court's e-filing system.

                                                              */s/ Thomas H. Freitag*
                                                               THOMAS H. FREITAG
                                                               Asst. Corporation Counsel