IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CURTIS LYONS, | ) | |
| | ) | **No. 07 C 6214** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE HIBBLER |
| | ) | |
| OFFICERS CONNELLY, BECHIVA, | ) | |
| JOHN DOE, AND THE | ) | Magistrate Judge Valdez |
| CITY OF CHICAGO, A MUNICIPAL | ) | |
| CORPORATION, | ) | |
| Defendants. | ) | Jury Demanded |

**NOTICE OF FILING and CERTIFICATE OF SERVICE**

TO:   Angela Lockett
      Law Office of Standish E. Willis
      407 S. Dearborn Suite 1395
      Chicago, Illinois 60605

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS ANSWER, AFFIRMATIVE DEFENSES, 12(B)(6) DEFENSES, AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, a copy of which was served upon you using the Court's Electronic Filing System which sends notification of such filing to the attorneys of record in this case.

I hereby certify that on Monday, January 7, 2008, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system which sends notification of such filing to the attorneys of record in this case.

**DATED** at Chicago, Illinois this 7th day of January, 2008.

Respectfully Submitted,

30 North La Salle St. #1400      BY:   /s/ *Thomas Freitag*
Chicago, Illinois 60602                THOMAS H. FREITAG
(312) 742-7391                         Assistant Corporation Counsel
Attorney Number 6272245