# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Curtis Lyons

                Plaintiff,

v.

Officer Connelly, et al.

                Defendant.

Case No.: 1:07−cv−06214

Honorable William J. Hibbler

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 28, 2008:

      MINUTE entry before Judge William J. Hibbler: Status hearing held on 1/28/2008 and continued to 3/13/2008 at 09:30 AM. Parties are directed to meet, confer and exhaust settlement pursuant to Rule 26(f) prior to the next court date. If settlement has not been reached, the Court will set the discovery schedule at the next status hearing. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.